

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00442-CV

| | | |
|---|---|---|
| GARY SMITH, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-318020-20) |
| V. | § | January 19, 2023 |
| NATIONAL PROTECTIVE SERVICES, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM